# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **LANELLE JACKSON,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 05-00652-WS-B |
| **BALDWIN COUNTY CORRECTIONAL CENTER,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i).

**DONE** this 27th day of August, 2007.

s/WILLIAM H. STEELE  
UNITED STATES DISTRICT JUDGE